**Elmer BOWEN, Plaintiff–Appellant,**

v.

**Kenneth S. APFEL, Commissioner
of Social Security, Defendant–
Appellee.**

**No. 01–1182.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided June 28, 2001.

Elmer Bowen, pro se. James Anthony Winn, Assistant Regional, David Fallon Chermol, Social Security Administration, Philadelphia, PA; John Francis Corcoran, Roanoke, VA, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Elmer Bowen appeals the district court's order adopting the report and recommendation of the magistrate judge and affirming the Commissioner of the Social Security Administration's decision that Bowen was not entitled to Disability Insurance Benefits. *See* 42 U.S.C. § 405(g) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bowen v. Apfel*, No. CA–88–140–2 (W.D.Va. Nov. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*